

November 18, 2023

**VIA E-MAIL**
Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> The show cause hearing will proceed as planned on November 21, 2023 at 9:00 a.m.  Plaintiff must file its reply papers by no later than **5:00 p.m.** on **Monday, November 20, 2023**.  Plaintiff is reminded that, by that same date and time, it also must submit a proposed order for the requested relief, pursuant to the October 24 Order to Show Cause (see ECF No. 21 at 8) and Rule 5.J of the Court's Individual Rules and Practices in Civil Cases.
>
> SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: November 19, 2023

Re:   *FoxMind Canada Enterprises Ltd. v. BEASYE, et al.*
      Case No. 23-cv-9234 (JHR)
      **Joint Letter**

Dear Judge Rearden,

We represent FoxMind Canada Enterprises Ltd. ("Plaintiff"), in the above-referenced matter (the "Action").[1] On November 17, 2023, Defendants CONNOO Direct and Yihong Life (together with Plaintiff, the "Parties") filed responses to the Order to Show Cause Why a Preliminary Injunction Should Not Issue ("OSC"). (Dkts. 27-28 and 26, 29, respectively). On November 17, 2023, Plaintiff wrote a letter to the Court requesting modification and extension of the temporary restraining order ("TRO"). (Dkt. 30). Thereafter, on the same day, November 17, 2023, the Court entered an Order requiring the Parties to meet and confer, specifically regarding extending the restraints, and to file a joint letter informing the Court of the outcome of their negotiations by no later than 9:00 p.m. on November 19, 2023. (Dkt. 33). Accordingly, the Parties respectfully submit the instant letter.

The Parties met and conferred on November 18, 2023. The Parties agreed to extend Plaintiff's deadline to file its replies to both CONNOO Direct's and Yihong Life's responses to the OSC until the close of business on Monday, November 20, 2023. The Parties also agreed not to extend the TRO or adjourn the show cause hearing scheduled for Tuesday, November 21, 2023 at 9:00 a.m.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  /s/ Gabriela N. Nastasi

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Jennifer H. Rearden
November 18, 2023
Page 2 of 2

      Gabriela N. Nastasi
      gnastasi@ipcounselors.com
      60 East 42nd Street, Suite 1250
      New York, NY 10165
      Telephone: (212) 292-5390
      Facsimile: (212) 292-5391
      *Attorneys for Plaintiff*
      *FoxMind Canada Enterprises Ltd.*

