UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD.,

                           Plaintiff,

                -v.-

BEASYE et al.,

                        Defendants.

23 Civ. 09234 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On October 20, 2023, Plaintiff FoxMind Canada Enterprises Ltd. filed an *ex parte* application for emergency relief. On October 24, 2023, the Court granted Plaintiff's application and entered an order providing for, *inter alia*, a temporary restraining order and an order to show cause why a preliminary injunction should not issue. ECF No. 21.

On November 17, 2023, Defendants YiHong Life and CONNOO Direct respectively opposed or otherwise responded to the October 24 Order. See ECF No. 26 (YiHong Life's Response to Order to Show Cause); ECF No. 27 (CONNOO Direct's Motion to Vacate TRO and Response to Order to Show Cause). On November 21, 2023, the Court held a show cause proceeding on FoxMind's preliminary injunction application, attended by all parties that have appeared in the action, *viz.*, FoxMind, YiHong Life, CONNOO Direct, and Sensdeck.

Upon consideration of the parties' written submissions and their arguments presented at the November 21 hearing, FoxMind's application for a preliminary injunction is hereby GRANTED as to all Defendants, and CONNOO Direct's motion to vacate the temporary restraining order is DENIED as moot. By separate order, the Court will enter a preliminary injunction and the reasons for the Court's ruling.

SO ORDERED.

Dated: November 22, 2023
      New York, New York

JENNIFER H. REARDEN
United States District Judge