UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD.,

Plaintiff,

-v.-

BEASYE et al.,

Defendants.

23 Civ. 09234 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff's motion for a default judgment, ECF No. 78, is hereby GRANTED.  The case is referred to the designated Magistrate Judge, Judge Sarah Netburn, for an inquest on damages pursuant to Fed. R. Civ. P. 55(b)(2).

The Clerk of Court is directed to terminate ECF No. 78.

SO ORDERED.

Dated: June 18, 2025
       New York, New York

JENNIFER H. REARDEN
United States District Judge